## COLEMAN v. STATE.
### No. 22613.

Court of Criminal Appeals of Texas.
Nov. 24, 1943.

Robert M. Allen, of Henderson, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is assault with intent to murder with malice; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exceptions, hence no question is presented for review.

The judgment is affirmed.